794

Commonwealth *v.* Sapp, Appellant.

Submitted March 24, 1972. *Lawrence R. Watson, II,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Sass, Appellant.

Argued March 20, 1972. *George D. Sass,* appellant, in propria persona; *Ronald L. Buckwalter,* Assistant District Attorney, with him *Henry J. Rutherford,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Sell, Appellant.

Submitted March 20, 1972. *Frederick S. Wolf,* for appellant; *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.